IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | 1:06CR564 |
| Plaintiff, | ) | |
| | ) | CASE NO. _____ |
| v. | ) | Title 21, Sections |
| | ) | 841(a)(1) and 846, |
| HARVEY JONES, | ) | United States Code |
| CHANTEZ MOORE, | ) | |
| MONTEZ MORTON, | ) | **JUDGE BOYKO** |
| MARIO TAYLOR, | ) | |
| KEVIN BEDELL, | ) | |
| | ) | |
| Defendants. | ) | |

COUNT 1

The Grand Jury charges:

Beginning no later than April 13, 2006, and continuing up to and including November 8, 2006, the exact dates to the Grand Jury unknown, in the Northern District of Ohio, Eastern Division, and elsewhere, HARVEY JONES, CHANTEZ MOORE, MONTEZ MORTON, MARIO TAYLOR, and KEVIN BEDELL, the defendants herein, together with other co-conspirators not named herein as defendants, did unlawfully, intentionally, and knowingly combine, conspire, confederate, and agree together and with each other and with diverse others to the Grand Jury known and unknown, to distribute

2

and to possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II drug controlled substance, and to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II drug controlled substance, in violation of Title 21, Sections 841(a)(1) and (b)(1)(A), United States Code.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objectives thereof, the defendants performed the following overt acts:

1. On or about April 13, 2006, in Cleveland, Ohio, HARVEY JONES did obtain a quantity of cocaine base (crack) from CHANTEZ MOORE and did provide the cocaine base (crack) to MONTEZ MORTON.

2. On or about April 13, 2006, in Cleveland, Ohio, MONTEZ MORTON did possess with intent to distribute approximately 24.56 grams of cocaine base (crack).

3. On or about April 27, 2006, in Cleveland, Ohio, HARVEY JONES, while accompanied by MARIO TAYLOR, did possess with intent to distribute approximately 22.55 grams of cocaine base (crack).

4. On or about April 27, 2006, in Cleveland, Ohio, MARIO TAYLOR, while accompanied by HARVEY JONES, did possess with intent to distribute approximately 18.78 grams of cocaine base (crack).

5. On or about May 23, 2006, in Westlake, Ohio, MARIO TAYLOR did distribute approximately 1.09 grams of cocaine base (crack) to a person who was then acting as a confidential informant.

6. On or about May 23, 2006, in Westlake, Ohio, KEVIN BEDELL did possess with intent to distribute approximately 5.67 grams of cocaine base (crack).

7. On or about May 23, 2006, in Westlake, Ohio, MARIO TAYLOR and KEVIN BEDELL did possess with intent to distribute approximately 22.18 grams of cocaine base (crack).

8. On or about July 11, 2006, in Cleveland, Ohio, CHANTEZ MOORE did possess with intent to distribute a quantity of cocaine base (crack).

9. On or about July 11, 2006, in Cleveland, Ohio, CHANTEZ MOORE did distribute approximately 13.96 grams of cocaine base (crack) to a person who was then acting as a confidential informant.

10. On or about July 12, 2006, in Cleveland, Ohio, CHANTEZ MOORE did distribute approximately 27.57 grams of cocaine to a person who was then acting as a confidential informant.

11. On or about November 8, 2006, in Cleveland, Ohio, HARVEY JONES did possess with intent to distribute a quantity of cocaine base (crack).

4

12. On or about November 8, 2006, in Cleveland, Ohio, HARVEY JONES did possess with intent to distribute a quantity of cocaine.

All in violation of Title 21, Section 846, United States Code, and punishable under Title 21, Sections 841(b)(1)(A) and 846, United States Code.

## COUNT 2

The Grand Jury further charges:

On or about April 13, 2006, in the Northern District of Ohio, Eastern Division, MONTEZ MORTON did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II drug controlled substance, in violation of Title 21, Sections 841(a)(1) and (b)(1)(B), United States Code.

## COUNT 3

The Grand Jury further charges:

On or about April 27, 2006, in the Northern District of Ohio, Eastern Division, HARVEY JONES did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II drug controlled substance, in violation of Title 21, Sections 841(a)(1) and (b)(1)(B), United States Code.

5

COUNT 4

The Grand Jury further charges:

On or about April 27, 2006, in the Northern District of Ohio, Eastern Division, MARIO TAYLOR did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II drug controlled substance, in violation of Title 21, Sections 841(a)(1) and (b)(1)(B), United States Code.

COUNT 5

The Grand Jury further charges:

On or about May 23, 2006, in the Northern District of Ohio, Eastern Division, MARIO TAYLOR did knowingly and intentionally distribute approximately 1.09 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II drug controlled substance, in violation of Title 21, Sections 841(a)(1) and (b)(1)(C), United States Code.

COUNT 6

The Grand Jury further charges:

On or about May 23, 2006, in the Northern District of Ohio, Eastern Division, MARIO TAYLOR and KEVIN BEDELL did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II drug controlled substance, in

Removed
Removed

6

violation of Title 21, Sections 841(a)(1) and (b)(1)(B), United States Code.

### COUNT 7

The Grand Jury further charges:

On or about July 11, 2006, in the Northern District of Ohio, Eastern Division, CHANTEZ MOORE did knowingly and intentionally distribute 5 grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II drug controlled substance, in violation of Title 21, Sections 841(a)(1) and (b)(1)(B), United States Code.

### COUNT 8

The Grand Jury further charges:

On or about July 12, 2006, in the Northern District of Ohio, Eastern Division, CHANTEZ MOORE did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II drug controlled substance, in violation of Title 21, Sections 841(a)(1) and (b)(1)(C), United States Code.

### COUNT 9

The Grand Jury further charges:

On or about November 8, 2006, in the Northern District of Ohio, Eastern Division, HARVEY JONES did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II drug controlled substance, in

7

violation of Title 21, Sections 841(a)(1) and (b)(1)(A), United States Code.

## COUNT 10

The Grand Jury further charges:

On or about November 8, 2006, in the Northern District of Ohio, Eastern Division, HARVEY JONES did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II drug controlled substance, in violation of Title 21, Sections 841(a)(1) and (b)(1)(C), United States Code.

A TRUE BILL.

Original document -- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.