IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N F O R M A T I O N |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) | |
| | ) | CASE NO. 1:06CR564 |
| KELVIN BEDELL, | ) | |
| | ) | |
| Defendant. | ) | |

The United States Attorney, pursuant to Title 21, Section 851, United States Code, hereby gives notice that should an adjudication of guilt on the charges set forth in Counts 1 or 6 of the Indictment in 1:06CR564 be entered against defendant Kelvin Bedell, the United States will rely upon previous convictions of Kelvin Bedell for the purpose of invoking the increased sentencing provisions of Title 21, Section 841(b)(1), United States Code.  The previous convictions upon which the United States will rely are as follows:

1.   That on or about January 7, 2003, in Case No. CR 422657, in the Cuyahoga County Common Pleas Court, Kelvin Bedell was

convicted of drug trafficking, a felony of the first degree, in violation of O.R.C. § 2925.03; and

2. On or about January 7, 2003, in Case No. CR 423082, in the Cuyahoga County Common Pleas Court, Kelvin Bedell was convicted of drug trafficking, a felony of the fourth degree, in violation of O.R.C. § 2925.03.

    s/Joseph P. Schmitz
JOSEPH P. SCHMITZ
Assistant United States Attorney
400 U.S. Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113
Reg. No. 0021231
(216) 622-3758/622-8355 FAX
Joseph.Schmitz@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 21, 2007, a copy of foregoing
Government's Information was filed electronically.  Notice of
this filing will be sent by operation of the Court's electronic
filing system to all parties indicated on the electronic filing
receipt.  Parties may access this filing through the Court's
system.

A copy will be mailed to the following:

Mitchell J. Yelsky
Yelsky & Lonardo
75 Public Square, Suite 800
Cleveland, OH 44113

   s/Joseph P. Schmitz    
JOSEPH P. SCHMITZ
Assistant U. S. Attorney
